IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUEL B. INGALL, | ) CV 20-00306 DKW-WRP |
| Plaintiff, | ) |
| vs. | ) |
| JOHN RABAGO; REGINALD RAMONES; et al., | ) |
| Defendants. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 23, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment Against Defendant John Rabago", ECF No. 70, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 11, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge